UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO
ALBUQUERQUE, NEW MEXICO

CLERK'S MINUTES
BEFORE THE HONORABLE LORENZO F. GARCIA

DEFENDANTS:  
James C. Joe, III

TYPE OF HEARING: Initial Hearing  
CASE NO. 04-M-595  
DATE & TIME 9/28/04 @ 9:30 am

**NAMES AND TITLES OF OTHER PARTICIPANTS:**

AUSA: Jim Tierney                DEFENSE Pro Se   ( ) APPT ( ) RET
                                  _____( ) APPT ( ) RET
                                  _____( ) APPT ( ) RET
                                  _____( ) APPT ( ) RET

PTS/PROB OFFICER Sami Geurtz    INTERPRETER:

| TAPE NO. | SPEAKER | TAPE NO. | SPEAKER |
|---|---|---|---|
| 04-26  LFG | | | Court - appts atty |
| @ 1225 | Court - initial hrg advised | | |
| | - rights advised | | |
| | - complaint advised | | |
| | - penalties advised | | |
| | Gov't moves to detain | | |

**DATE OF ARREST:**

**HEARING RESULTS/FINDINGS:** Initial/First appearance of deft on Complaint; **Detention/Preliminary Hearing set for 9/29/04 at 9:30 am; deft held in custody of USMS**